F. D. COSNER, et al., v. F. N. MILLS.

149 So. 560.
Division B.
Opinion Filed July 10, 1933.

*Arthur L. Auvil,* for Appellant;

*W. Kenneth Barnes,* for Appellee.

BUFORD, J.,—This is an appeal from an order overruling demurrer to a creditors' bill, which bill sought to set aside certain conveyances alleged to have been made in fraud of creditors. The allegations of the bill show that the bill was filed after judgment had been obtained against the defendant.

The order appealed from should be affirmed upon author-

ity of the opinions and judgments in the cases of Steele *et al* v. Dennis *et al.,* filed February 29th, 1932, reported 140 Sou. 194, and Ostend Realty Co. v. Biscayne Realty & Insurance Co., 99 Fla. 1221, 128 Sou. 643; Cowdery v. Herring, 106 Fla. 567, 143 Sou. Rep. 433.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL and BROWN, J. J., concur.